Daniel J. Kornstein (DK – 3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUMMIT PROPERTIES INTERNATIONAL, :
L.L.C.,
                                                            :
                    Plaintiff,                              :   07 Civ. 10407 (LBS)
                                                                ECF CASE
         - against -                                        :   RULE 7.1 STATEMENT
                                                            :
LADIES PROFESSIONAL GOLF
ASSOCIATION,                                                :
                    Defendant.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Summit Properties International, L.L.C. (a private non-governmental party) certifies that Summit Properties International, L.L.C. has no parent corporation and there is no publicly held corporation that owns 10 percent or more of plaintiff's stock.

Dated: New York, New York
       November 16, 2007

                                             KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                                             By: _____
                                                  Daniel J. Kornstein (DK – 3264)
                                                  757 Third Avenue
                                                  New York, New York 10017

3167000XXXSKS00001 WPD

(212) 418-8600
Attorneys for Plaintiff