Summit Properties International, et. al., Plaintiff(s)
vs.
Ladies Professional Golf Association, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 086426-0001

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
—Ladies Prof. Golf Association (LPGA), Corporation
Service Corporation as registered agent
Court Case No. 07cv10407(LBS)

KORNSTEIN, VEISZ & WEXLER, LLP
Ms. Samantha K. Sherman
757 3rd Ave.
18th Floor
New York, NY 10017-2013

State of: **Florida** ) ss.
County of: **Leon** )

Name of Server: **James A Alo**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **26** day of **Nov**, 20 **07**, at **1030** o'clock **A** M

Place of Service: at **1201 Hays Street**, in **Tallahassee, FL 32301**

Documents Served: the undersigned served the documents described as:
Civil Cover Sheet; Summons; Complaint; Rule 7.1 Statement;
Individual Practices of Judge Sand; Individual Practices of Magistrate Judge Eaton;
USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
USDC/SDNY Procedures for Electronic Case Filing;
USDC/SDNY Guidelines for Electronic Case Filing

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Ladies Prof. Golf Association (LPGA), Corporation Service Corporation as registered agent
By delivering them into the hands of an officer or managing agent whose name and title is: **Kim Glover - process clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blk** ; Facial Hair ___
Approx. Age **36** ; Approx. Height **5'5"** ; Approx. Weight **128**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

11-26-07
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **26** day of **Nov**, 20 **07**
_C Gilhousen_
Notary Public      (Commission Expires)

Dennis C. Gilhousen, Jr.
Commission # DD326481
Expires June 6, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

SUMMIT PROPERTIES INTERNATIONAL, L.L.C.

V.

LADIES PROFESSIONAL GOLF ASSOCIATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10407

JUDGE SAND

TO: (Name and address of Defendant)

LADIES PROFESSIONAL GOLF ASSOCIATION
100 International Golf Drive
Daytona Beach, Florida 32124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Kornstein
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NOV 1 6 2007

CLERK J. MICHAEL McMAHON         DATE

(By) DEPUTY CLERK  *[signature]*

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____  _____
                         Date                                            *Signature of Server*

                                                                              _____
                                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.