USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMIT PROPERTIES INTERNATIONAL, L.L.C.,

    Plaintiff,

v.

LADIES PROFESSIONAL GOLF ASSOCIATION,

    Defendant.

07 Civ. 10407 (LBS)
ECF Case

STIPULATION

IT IS HEREBY STIPULATED AND AGREED that the time for defendant Ladies Professional Golf Association to answer, file a responsive motion, or otherwise respond to the Complaint in this action is extended to and including December 20, 2007.

Dated:    December 4, 2007
           New York, New York

KORNSTEIN VEISZ WEXLER &
POLLARD, LLP

By: _____
Daniel J. Kornstein
757 Third Avenue
New York, New York 10017
(212) 418-8600
dkornstein@kvwmail.com

Counsel for Plaintiff

DAVIS & GILBERT LLP

By: _____
Howard J. Rubin
Scott M. Singer
1740 Broadway
New York, New York 10019
(212) 468-4800
hrubin@dglaw.com
ssinger@dglaw.com

Counsel for Defendant

*So Ordered*
/s/ Sand USDJ
12/10/07