So Ord, J

12/19/2007 17:48 FAX 212 826 3874      KORNSTEIN VEISZ WEXLER &      ⌀002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMIT PROPERTIES INTERNATIONAL, L.L.C.,         07 Civ. 10407 (LBS)
                                                 ECF Case
    Plaintiff,

  v.                                             STIPULATION

LADIES PROFESSIONAL GOLF ASSOCIATION,

    Defendant.

IT IS HEREBY STIPULATED AND AGREED that the time for defendant Ladies Professional Golf Association to answer, file a responsive motion, or otherwise respond to the Complaint in this action is further extended to and including January 14, 2008.

Dated:    December 19, 2007
           New York, New York

KORNSTEIN VEISZ WEXLER &               DAVIS & GILBERT LLP
POLLARD, LLP

By: _____            By: _____
Daniel J. Kornstein                    Howard J. Rubin
Ina R. Bort                            Scott M. Singer
757 Third Avenue                       1740 Broadway
New York, New York 10017               New York, New York 10019
(212) 418-8600                         (212) 468-4800
dkornstein@kvwmail.com                 hrubin@dglaw.com
ibort@kvwmail.com                      ssinger@dglaw.com

Counsel for Plaintiff                  Counsel for Defendant

_____
         U.S.D.J.
12/20/07