UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMMIT PROPERTIES INTERNATIONAL, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> LADIES PROFESSIONAL GOLF ASSOCIATION, <br><br> Defendant. | 07 Civ. 10407 (LBS) <br> ECF Case <br><br> **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Ladies Professional Golf Association, a non-governmental corporate party, hereby states that defendant has no parent corporation and that no publicly held corporation owns 10% of more of its stock.

Dated:       January 14, 2008
             New York, New York

                              DAVIS & GILBERT LLP


                              By: _____
                                  Howard J. Rubin
                                  Scott M. Singer
                              1740 Broadway
                              New York, New York 10019
                              (212) 468-4800
                              hrubin@dglaw.com
                              ssinger@dglaw.com

                              Counsel for Defendant