UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMMIT PROPERTIES INTERNATIONAL, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>LADIES PROFESSIONAL GOLF ASSOCIATION,<br><br>Defendant. | 07 Civ. 10407 (LBS)<br>ECF Case<br><br>JOINT PROPOSED REVISED<br>DISCOVERY PLAN |

**THIS MATTER** having come before the Court for a telephonic conference on August 20, 2008, Joel H. Rosner appearing on behalf of plaintiff and Scott M. Singer appearing on behalf of defendant; and for good cause shown:

IT IS HEREBY ORDERED:

1. Paragraph 5 of the April 9, 2008 Discovery Order ("the Order") is hereby amended. Fact discovery, including discovery of experts, if any, shall be completed by January 15, 2009.

2. Paragraph 8 of the Order is hereby amended. Any dispositive motions shall be filed by February 27, 2009.

3. Paragraph 9 of the Order is hereby amended. The parties expect to be ready for trial by April 20, 2009. The parties agree that a trial would take from 3 to 5 days.

4. All other provisions of the Order shall remain unchanged.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08

Dated:      August 27, 2008
            New York, New York

| KORNSTEIN VEISZ WEXLER & POLLARD, LLP | DAVIS & GILBERT LLP |
|---|---|
| By: /s/ Joel H. Rosner | By: /s/ Scott M. Singer |
| Daniel J. Kornstein | Howard J. Rubin |
| Ina R. Bort | Scott M. Singer |
| Joel H. Rosner | 1740 Broadway |
| 757 Third Avenue | New York, New York 10019 |
| New York, New York 10017 | (212) 468-4800 |
| (212) 418-8600 | hrubin@dglaw.com |
| dkornstein@kvwmail.com | ssinger@dglaw.com |
| ibort@kvwmail.com | Counsel for Defendant |
| jrosner@kvwmail.com | |
| Counsel for Plaintiff | |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

9/2/08